Date: 05/04/11

# DIVIDENDS REMITTED TO THE COURT

Page: 1

Case Number 09-13135 - TOMLINSON, HENRY E.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000006 | 432.42 | 1.23 |
| Chaparral City Water Co.<br>PO Box 9040<br>San Dimas, CA 91773 | 000009 | 103.81 | 0.30 |
| ---------- Remittance Total ---------- | | 536.23 | 1.53 |

*(signature)*
SUSAN MANCHESTER, Trustee